**Cathy B. BRANCH, Plaintiff–Appellant,**

v.

**CITY OF RICHMOND; Claude G. Cooper; Dyett B. Ellis, Defendants–Appellees.**

No. 02–1047.

United States Court of Appeals, Fourth Circuit.

Submitted May 23, 2002.

Decided June 17, 2002.

Cathy B. Branch, Appellant Pro Se. Beverly Agee Burton, Assistant City Attorney, Keith Allen May, City Attorney's Office, Richmond, Virginia, for Appellees.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cathy B. Branch appeals the magistrate judge's order granting Defendants' motion for summary judgment and dismissing Branch's employment discrimination action.* We have reviewed the record and the magistrate judge's opinion and find no

---

* The magistrate judge had jurisdiction to enter a final order pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp.2001).

reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Branch v. City of Richmond*, No. CA–01–366–3 (E.D.Va. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*